IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT OF
LINDA CORRIGAN and DAVID CORRIGAN, as
Owners of a 2015 24' Yamaha Vessel, Florida
Registration Number FL4842PY, its engines,
tackle, apparel, appurtenances, etc. for Exoneration
from or Limitation of Liability,

CASE NO. 8:20-cv-402-T-35AEP

          Petitioner.
_____/

## ORDER APPROVING *AD INTERIM* STIPULATION, NOTICE OF MONITION, AND INJUNCTION

A Complaint having been filed herein by LINDA CORRIGAN and DAVID CORRIGAN Plaintiffs as owners of a 2015 24' Yamaha vessel, Florida Registration Number FL4842PY, its engines, tackle, apparel, appurtenances, etc. (the "Vessel"), under Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims, and 46 USCA §§ 30501 *et seq.,* claiming the benefit of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 USCA §§ 30501 *et seq.,* together with all statutes supplementary thereto and amendatory thereof, and also contesting their liability independently of the limitation of liability claims under said Act for any loss, deaths, damage, personal injuries or destruction of property or other occurrences arising from the incident which occurred on or about August 24, 2019 in the navigable waters of the United States and the Intercoastal Waterway in Indian Rocks Beach, Pinellas County, Florida, as more fully described in the Complaint, and said Complaint also stating the facts and circumstances on which such exoneration from or limitation of liability is claimed.

And Plaintiffs having deposited with the Court as security for the benefit of claimants, an Ad Interim Stipulation for Value not less than or equal to the amount of value of their interest in the 2015 24' Yamaha vessel, as required by rules of this Court and by law;

IT IS ORDERED AND ADJUDGED that the Ad Interim Stipulation for Value, assessing the value of Plaintiffs' interest in the 2015 24' Yamaha vessel, its pending freight if any, in the amount of $60,000.00 and including costs of court and interest at the rate of 6% per annum from the date hereof, and filed herein by Plaintiffs be and is hereby accepted as adequate security, and is approved as to form and content;

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs and any claimant who may properly become a party hereto may contest the value of Plaintiffs' interest in the 2015 24' Yamaha vessel as fixed in the Ad Interim Stipulation for Value, subject to such increases or decreases in the amount of said Stipulation, together with adequate security, as the Court may from time to time order according to the rules and practice of this Court.

IT IS FURTHER ORDERED AND ADJUDGED that if the amount of said Ad Interim Stipulation for Value is not contested by any claimant herein, said Ad Interim Stipulation for Value shall stand as a stipulation for value and an appraisal will not be required; and

NOW, THEREFORE, IT IS ORDERED that a Monition and Injunction issue out of and under seal of this Court against all persons or corporations claiming damage for any loss, destruction, damage or injury, and/or death allegedly caused as a result of the occurence from described in the Complaint, to file their respective claims with the Clerk of this Court and to serve on Plaintiffs attorneys, a copies thereof, on or before May 1, 2020, that all persons or corporations so presenting claims and desiring to contest the allegations of the Complaint shall file an answer to the Complaint in this Court and shall serve on the

attorneys for the Plaintiffs copies thereof, or be defaulted.

IT IS FURTHER ORDERED that public notice of said Monition be given by publication as required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, and Middle District Local Admiralty Rule 7.06(a), once each week for four (4) consecutive weeks in the *Tampa Bay Times* (newspaper) prior to the date fixed for the filing of claims in accordance with Supplemental Rule F, and them not later than the date of the second weekly publication, a copy of said notice be mailed by Plaintiffs to every person or corporation known by Plaintiffs to have a claim against Plaintiffs arising out of the incident set forth in the Complaint.

IT IS FURTHER ORDERED that the commencement or further prosecution of any actions, suits or legal proceedings in any court whatsoever, or the institution or prosecution of any suits, actions, or legal proceedings, of any nature or description whatsoever, in any court whatsoever, except in these proceedings, in respect to any claims arising out of, or connected with casualty set forth in the Complaint herein, be and the same are hereby STAYED, ENJOINED AND RESTRAINED until the final determination of this proceeding or further order of this proceeding.

IT IS FINALLY ORDERED that the service of this Order as a restraining order in this District may be made in the usual manner as any other district of the United States by delivery to the Marshal of the United States for such district of a certified copy of this Order on the person or persons to be restrained or to their respective attorneys, or alternatively by mailing a confirmed copy of it to the person or persons to be restrained or their respective attorneys.

DONE AND ORDERED in Tampa, Florida this 2nd day of March, 2020.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record